IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11-00034-02-CR-W-HFS |
| | ) | |
| KIAIRA C. MINOR, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In this competency situation a report and recommendation has been received (Doc. 56) recommending that I find that defendant is not currently suffering from a mental disease ro defect which would prevent her from understanding the proceedings or assisting in her defense. Based on the record, which has been independently reviewed, I find that defendant Kiaira Minor is competent to stand trial and I agree with and adopt the report and recommendation.

SO ORDERED

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

March  8 , 2012

Kansas City, Missouri